UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-09-721-TUC-DCB                          Date: January 14, 2010

Title: *FTC v. GCI, et al.*

**HONORABLE DAVID C. BURY**

An ex parte Temporary Restraining Order (TRO) with an asset freeze and expedited discovery was entered in this action on January 5, 2010.  A Preliminary Injunction hearing was set for January 19, 2010.  The action is now unsealed and all Defendants have been served.

On January 12, 2010,  Defendant Coover and GCI filed a Motion to Continue Preliminary Injunction Hearing and Financial Reporting Deadlines explaining that Mr. Coover suffered a mycocardial infarction in South Dakota where he now resides and will require surgery to install a pacemaker. The Plaintiffs have filed a non-opposition to this continuance with the understanding that the terms of the TRO should remain in place and that Defendants Friedbergs have not entered an appearance or consented to the continuance.

Consequently, the Court will invoke the provisions contained in Fed.R.Civ.P. 65(b)(2) which allow the Court for good cause to extend the TRO for a like period without consent of an adverse party.  This Court finds that the medical condition of one of the Defendants is such that a continuance is required to at least allow his counsel to make provisions to appear on Mr. Coover's behalf at the next hearing, either in person or telephonically.

 Accordingly,

IT IS ORDERED that Defendants' Motion to Continue Preliminary Injunction Hearing is GRANTED to **January 29, 2010 at 11:00 a.m.** as to all parties.  The Preliminary Hearing set for

1

January 19, 2010 at 2:00 p.m. is **VACATED**. Counsel for Defendants GCI and Coover may make arrangements in advance to appear telephonically at that time.

IT IS FURTHER ORDERED that the TRO as entered January 5, 2010 remains in effect. The parties should endeavor to stipulate and agree to any extensions of discovery deadlines.

DATED this 14th day of January, 2010.

David C. Bury
United States District Judge